ACCEPTED
04-14-00609-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/12/2015 6:00:23 PM
KEITH HOTTLE
CLERK

**NO. 04-14-00609**

_____

**IN THE TEXAS COURT OF APPEALS - FOURTEENTH JUDICIAL DISTRICT**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/12/2015 6:00:23 PM
KEITH E. HOTTLE
Clerk

**IRMA LEMUS and MANUEL LEMUS, JR., Appellants**
**V.**
**JOHNNY MONTOYA GARZA, JOHN RENE AGUILAR,**
**LAURA ASHLEY WELLS and JOHNNY B. WELLS, Appellees**

**On Appeal from Cause No. 2012-CI-00251, 225th Judicial District Court of Bexar County**

_____

### APPELLEE'S MOTION FOR EXTENSION

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COME NOW Appellees, JOHNNY MONTOYA GARZA, JOHN RENE AGUILAR, LAURA ASHLEY WELLS and JOHNNY B. WELLS, and respectfully request that this Honorable Court grant an additional five days to file their brief on appeal. In support thereof, they would show the following:

#### I.      Jurisdiction

This court has jurisdiction to grant an extension of time pursuant to Tex. R. Civ. App. Rule 38.6(d).

Appellees' brief is due June 12th. Appellants' redrawn brief was filed on May 11, 2015 as ordered by the Court after an initial brief was filed April 20, 2015 upon a thirty day extension.

Appellees' counsel requests such additional time as necessary to complete a competently prepared brief fully in compliance with the Texas Rules of Appellate Procedure and, being technologically challenged, to assemble an appendix in *pdf* format, with appropriate references to the same.

Appellees would respectfully show that failure to file on this, the due date, was not deliberate or intentional but the result of inadvertence, mistake and mischance.

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully pray for additional five days to file their brief on appeal, and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

*/s/ Anita J. Anderson*
ANITA J. ANDERSON
Texas Bar No. 01165955
LAW OFFICE OF ANITA J. ANDERSON
Conference: 303 West Sunset Suite 103
Correspondence:   POB 830722
San Antonio, Texas 78283
Telephone (210) 533-8726
Telecopier (210) 633-0989
ajanderson1111@gmail.com

CERTIFICATE OF SERVICE

A true and correct copy of the above and forgoing has been forwarded by e-service and facsimile transmission to Ana Laura Hessbrook, attorney of record for Defendants Irma  Lemus and Manuel Lemus, Jr. at 4100 N.W. Loop 410, Suite 105, San Antonio, Texas 78229 hessbrook@sbcglobal.net, (210) 706 -9467 and Sarah Anne Lishman, 310 South St. Mary's St., Suite 845, San Antonio, Texas 78205, sarahanne@jamiegrahamlaw.com (210)308-5669 this 12th day of June, 2015.

*/s/ Anita J. Anderson*
ANITA J. ANDERSON

WHEREFORE, PREMISES CONSIDERED,    Appellees respectfully pray that this Honorable Court order an extension of time to Appellees for filing of their brief to and for such further relief to which they may be justly entitled.

Respectfully submitted,

*/s/ Anita J. Anderson*
ANITA J. ANDERSON
Texas Bar No. 01165955
LAW OFFICE OF ANITA J. ANDERSON
Conference: 303 West Sunset Suite 103
Correspondence:   POB 830722
San Antonio, Texas 78283
Telephone (210) 533-8726
Telecopier (210) 633-0989
 ajanderson1111@gmail.com

CERTIFICATE OF SERVICE

A true and correct copy of the above and forgoing has been forwarded by e-service and facsimile transmission to Ana Laura Hessbrook, attorney of record for Defendants Irma  Lemus and Manuel Lemus, Jr. at 4100 N.W. Loop 410, Suite 105, San Antonio, Texas 78229 hessbrook@sbcglobal.net, (210) 706 -9467 and Sarah Anne Lishman, 310 South St. Mary's St., Suite 845, San Antonio, Texas 78205, sarahanne@jamiegrahamlaw.com (210)308-5669 this 12th day of June, 2015.

*/s/ Anita J. Anderson*
ANITA J. ANDERSON